UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID M. CANTRELL,<br>    Petitioner, | )<br>)<br>) | |
| v. | )<br>) | No. 3:13-01079<br>Judge Campbell |
| JOE EASTERLING,<br>    Respondent. | )<br>) | |

**O R D E R**

David M. Cantrell has filed a *pro se* "Motion to Show Cause" (Docket No. 1), to which the respondent has filed a response in opposition (Docket No. 19). Cantrell is an inmate at the Lois DeBerry Special Needs Facility in Nashville, Tennessee.

For the reasons explained more fully in the Memorandum entered contemporaneously herewith, Cantrell's Motion to Show Cause is hereby **DENIED**.

There being no further matters before the court, this case is hereby **DISMISSED**.

It is so **ORDERED**.

*[signature: Todd Campbell]*
Todd J. Campbell
United States District Judge